# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Dina R. Carr, ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:20-cv-00425-FDW-DSC |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social Security, ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2022 Order.

March 31, 2022

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court